IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

NATHANIEL ADAMS, )
)
    Plaintiff, )
)
v. ) CV 108-038
)
BONNIE BASILE, Deputy, et al., )
)
    Defendants. )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Richmond County Sheriff Department, the Medical Staff, and Ronnie Strength are **DISMISSED** from the case.

SO ORDERED this 16th day of December, 2008, at Augusta, Georgia.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE