IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| NATHANIEL ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 108-038 |
| ) | |
| BONNIE BASILE, Deputy, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motions for summary judgment (doc. nos. 29, 33) are **GRANTED**, an appropriate final judgment shall be **ENTERED** in favor of Defendants Basile and Lee, and this civil action is **CLOSED**.

SO ORDERED this 7th day of December, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE